# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

D-1 PERRY ELZELL COLEMAN
D-2 DANTE DENSELL HARRIS,
D-3 DEONSAY LADOW OFFIELD,
D-4 DOLORES MADISON-SANDERS, and
D-5 GABRIELLE AMBER WARD

        Defendants.

Case:2:25-cr-20690
Judge: Leitman, Matthew F.
MJ: Patti, Anthony P.
Filed: 09-17-2025 At 12:20 PM
USA V SEALED MATTER (LG)

Violations:
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(A)

## Indictment

The Grand Jury charges that:

## Count One
## Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
## 21 U.S.C. §§ 846 & 841(a)(1)

D-1 PERRY ELZELL COLEMAN
D-2 DANTE DENSELL HARRIS
D-3 DEONSAY LADOW OFFIELD
D-4 DOLORES MADISON-SANDERS
D-5 GABRIELLE AMBER WARD

From in or around November 2024, through in or about September 17, 2025, in the Eastern District of Michigan, and elsewhere, the defendants, PERRY ELZELL COLEMAN, DANTE DENSELL HARRIS,

DEONSAY LADOW, DOLORES MADISON-SANDERS and

GABRIELLE AMBER WARD, knowingly and intentionally combined,

conspired, confederated, and agreed with each other and with persons

known and unknown to the Grand Jury, to distribute and possess with

intent to distribute controlled substances, in violation of Title 21,

United States Code, Sections 846 and 841(a)(1).

With respect to the defendant, PERRY ELZELL COLEMAN, the

controlled substances involved in the conspiracy attributable to him as

a result of his own conduct, and the conduct of other conspirators

reasonably foreseeable to him, are: five kilograms or more of a mixture

and substance containing a detectable amount of cocaine, in violation of

Title 21, United States Code, Section 841(b)(1)(A)(ii), and 500 grams or

more of a mixture and substance containing a detectable amount of

methamphetamine, its salts, isomers, and salts of its isomers, in

violation of Title 21, United States Code, Section 841(b)(1)(A)(viii), and

400 grams or more of a mixture and substance containing a detectable

amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide,

2

commonly known as fentanyl, in violation of Title 21, United States
Code, Section 841(b)(1)(A)(vi).

The defendant, PERRY ELZELL COLEMAN, having a prior
conviction for a serious drug felony for which he served a term of
imprisonment of more than twelve months, and having been released
from any term of imprisonment within fifteen years of the
commencement of the instant offense, is subject to increased penalties
provided under Title 21, United States Code, Sections 841, 846, and
851.

With respect to the defendant, DANTE DENSELL HARRIS, the
controlled substances involved in the conspiracy attributable to him as
a result of his own conduct, and the conduct of other conspirators
reasonably foreseeable to him, are five kilograms or more of a mixture
and substance containing a detectable amount of cocaine, in violation of
Title 21, United States Code, Section 841(b)(1)(A)(ii), 500 grams or more
of a mixture and substance containing a detectable amount of
methamphetamine, its salts, isomers, and salts of its isomers, in
violation of Title 21, United States Code, Section 841(b)(1)(A)(viii), and

3

400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi).

With respect to the defendant, DEONSAY LADOW OFFIELD, the controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, are five kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii), 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii), and 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide,

4

commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi).

With respect to the defendant, DOLORES MADISON-SANDERS, the controlled substances involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, are 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi).

## Count Two
### Possession of Methamphetamine with Intent to Distribute
### 21 U.S.C. § 841(a)(1)

D-1 PERRY ELZELL COLEMAN
D-2 DANTE DENSELL HARRIS
D-3 DEONSAY LADOW OFFIELD

On or about June 28, 2025, in the Eastern District of Michigan, the defendants, PERRY ELZELL COLEMAN, DANTE DENSELL HARRIS, and DEONSAY LADOW OFFIELD, knowingly and

intentionally possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the controlled substance involved was 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

The defendant, PERRY ELZELL COLEMAN, having a prior conviction for a serious drug felony for which he served a term of imprisonment of more than twelve months, and having been released from any term of imprisonment within fifteen years of the commencement of the instant offense, is subject to increased penalties provided under Title 21, United States Code, Sections 841, 846, and 851.

6

## Count Three
## Possession of Cocaine with Intent to Distribute
## 21 U.S.C. § 841(a)(1)

D-1 PERRY ELZELL COLEMAN
D-2 DANTE DENSELL HARRIS
D-3 DEONSAY LADOW OFFIELD

On or about June 28, 2025, in the Eastern District of Michigan,

the defendants, PERRY ELZELL COLEMAN, DANTE DENSELL

HARRIS, and DEONSAY LADOW OFFIELD, knowingly and

intentionally possessed with intent to distribute a controlled substance,

in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the controlled substance involved was

five kilograms or more of a mixture and substance containing a

detectable amount of cocaine, in violation of Title 21, United States

Code, Section 841(b)(1)(A)(ii).

The defendant, PERRY ELZELL COLEMAN, having a prior

conviction for a serious drug felony for which he served a term of

imprisonment of more than twelve months, and having been released

from any term of imprisonment within fifteen years of the

commencement of the instant offense, is subject to increased penalties

7

provided under Title 21, United States Code, Sections 841, 846, and 851.

## Count Four
### Possession of Fentanyl with Intent to Distribute
### 21 U.S.C. § 841(a)(1)

D-1 PERRY ELZELL COLEMAN
D-2 DANTE DENSELL HARRIS
D-3 DEONSAY LADOW OFFIELD

On or about June 28, 2025, in the Eastern District of Michigan, the defendants, PERRY ELZELL COLEMAN, DANTE DENSELL HARRIS, and DEONSAY LADOW OFFIELD, knowingly and intentionally possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the controlled substance involved was 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi).

The defendant, PERRY ELZELL COLEMAN, having a prior conviction for a serious drug felony for which he served a term of

imprisonment of more than twelve months, and having been released from any term of imprisonment within fifteen years of the commencement of the instant offense, is subject to increased penalties provided under Title 21, United States Code, Sections 841, 846, and 851.

**Count Five**
**Possession of a Firearm in Furtherance of a Drug-Trafficking Crime**
**18 U.S.C. § 924(c)(1)(A)**

D-2 DANTE DENSELL HARRIS
D-3 DEONSAY LADOW OFFIELD

On or about June 28, 2025, in the Eastern District of Michigan, the defendants, DANTE DENSELL HARRIS and DEONSAY LADOW OFFIELD, knowingly possessed a firearm in furtherance of a drug-trafficking crime for which he may be prosecuted in a court of the United States, that is, possessing with intent to distribute a controlled substance, as charged in Counts Two through Four of this Indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A).

9

**Count Six**
**Distribution of Fentanyl**
**21 U.S.C. § 841(a)(1)**

D-1 PERRY ELZELL COLEMAN
D-4 DOLORES MADISON-SANDERS

On or about June 4, 2025, in the Eastern District of Michigan, the

defendants, PERRY ELZELL COLEMAN and DOLORES MADISON-

SANDERS, knowingly and intentionally distributed a controlled

substance, in violation of Title 21, United States Code, Section

841(a)(1).

It is further alleged that the controlled substance involved was 40

grams or more of a mixture and substance containing a detectable

amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide,

commonly known as fentanyl, in violation of Title 21, United States

Code, Section 841(b)(1)(C).

The defendant, PERRY ELZELL COLEMAN, having a prior

conviction for a serious drug felony for which he served a term of

imprisonment of more than twelve months, and having been released

from any term of imprisonment within fifteen years of the

commencement of the instant offense, is subject to increased penalties

10

provided under Title 21, United States Code, Sections 841, 846, and 851.

## Count Seven
### Distribution of Fentanyl
### 21 U.S.C. § 841(a)(1)

D-1 PERRY ELZELL COLEMAN
D-4 DOLORES MADISON-SANDERS

On or about August 7, 2025, in the Eastern District of Michigan, the defendants, PERRY ELZELL COLEMAN and DOLORES MADISON-SANDERS, knowingly and intentionally distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the controlled substance involved was 40 grams of more a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(C).

The defendant, PERRY ELZELL COLEMAN, having a prior conviction for a serious drug felony for which he served a term of imprisonment of more than twelve months, and having been released

from any term of imprisonment within fifteen years of the commencement of the instant offense, is subject to increased penalties provided under Title 21, United States Code, Sections 841, 846, and 851.

## Forfeiture Allegations
## 21 U.S.C. § 853, 18 U.S.C. § 924(d) and 28 U.S.C. § 2461

The allegations contained in Counts One through Seven of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count Five of this Indictment, in violation of Title 18, United States Code, Section 924(c), defendants DANTE DENSELL HARRIS and DEONSAY LADOW OFFIELD, shall forfeit to the United States of America, any firearm or ammunition involved in said offense, pursuant to Title 18, United States Code, Section 924(d)(1) together with Title 28, United States Code, Section 2461.

12

Upon conviction of offenses charged in Counts One through Four,

Six, and Seven of this Indictment, in violation of Title 21, United States

Code, Sections 841 and 846, defendants shall forfeit to the United

States of America any property constituting, or derived from, any

proceeds obtained, directly or indirectly, as the result of such offenses

and any property used, or intended to be used, in any manner or part, to

commit, or to facilitate the commission of, the offenses.

As part of the forfeiture in this case, the United States intends to

seek entry of a forfeiture money judgment.

If any of the property described above, as a result of any act or

omission of the defendants:

> a. cannot be located upon the exercise of due diligence;
>
> b. has been transferred or sold to, or deposited with, a third
>    party;
>
> c. has been placed beyond the jurisdiction of the court;
>
> d. has been substantially diminished in value; or
>
> e. has been commingled with other property which cannot be
>    divided without difficulty,

13

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**This is a True Bill.**


/s/ Grand Jury Foreperson
Grand Jury Foreperson


JEROME F. GORGON JR.
United States Attorney

/s/ Thomas Franzinger
Thomas Franzinger
Chief, Drug Task Force Unit

/s/ Margaret Smith
Margaret M. Smith
Assistant United States Attorney

/s/ Sarah Youngblood
Sarah Youngblood
Assistant United States Attorney


Dated: September 17, 2025

14

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov | Case:2:25-cr-20690<br>Judge: Leitman, Matthew F.<br>MJ: Patti, Anthony P.<br>Filed: 09-17-2025 At 12:20 PM<br>USA V SEALED MATTER (LG) |
| --- | --- | --- |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp

| **Companion Case Information** | **Companion Case Number:** |
| --- | --- |
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:**   /MS |

**Case Title:** USA v.  Perry Coleman et al.

**County where offense occurred :**  Wayne and elsewhere

**Check One:**        ☒ **Felony**              ☐ **Misdemeanor**              ☐ **Petty**

    ✔ Indictment/_____ Information --- **no** prior complaint.
    _____ Indictment/_____ Information --- based upon prior complaint [Case number:                    ]
    _____ Indictment/_____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____        **Judge:** _____

  ☐ Corrects errors; no additional charges or defendants.
  ☐ Involves, for plea purposes, different charges or adds counts.
  ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
| --- | --- | --- |
|  |  |  |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

| September 17, 2025 | s/Margaret Smith |
| --- | --- |
| Date | Margaret Smith<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, MI  48226-3277<br>Phone:313-226-9100<br>Fax:<br>E-Mail address: Margaret.Smith@usdoj.gov<br>Attorney Bar #:  P71413 |

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.