UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.

D1, PERRY ELZELL COLEMAN,

     Defendant.

Case No. 25-cr-20690-1
Hon. Matthew F. Leitman

_____/

## <u>ORDER DENYING MOTION FOR BOND (ECF No. 93)</u>

On May 12, 2026, counsel for Defendant Perry Elzell Coleman filed a motion

for bond (the "Motion"). (*See* ECF #93.)  The Court held a hearing on the Motion

on June 15, 2026.  For the reasons stated on the record at the June 15, 2026, hearing,

**IT IS HEREBY ORDERED** that the Motion (ECF #93) is **DENIED.**

    **IT IS SO ORDERED.**

                    s/Matthew F. Leitman
                    MATTHEW F. LEITMAN
                    UNITED STATES DISTRICT JUDGE

Dated:  June 15, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 15, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126